United States District Court
Southern District of Texas
**ENTERED**
February 15, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODNEY TOW, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-3103 |
| | § | |
| WELLINGTON YU, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Having carefully considered the Magistrate Judge's Memorandum and Recommendation dated January 30, 2017, the court is of the opinion that the Memorandum and Recommendation should be adopted by this court. It is, therefore, **ORDERED** that the Memorandum and Recommendation is **ADOPTED** by this court.

Defendant Wellington Yu's Motion for Summary Judgment (Docket Entry No. 67) is **GRANTED** as to plaintiff's claims under 11 U.S.C. §§ 542 and 549, and is **DENIED** as to plaintiff's claim for breach of fiduciary duty.

The parties are directed to appear for Docket Call at 3:00 p.m., on March 10, 2017, in Court Room 9-B, 9th Floor, United States Courthouse, 515 Rusk Avenue, Houston, Texas. The Joint Pretrial Order and motions in limine must be filed by March 3, 2017. Plaintiff is responsible for the timely filing of

the complete joint pretrial order.  The court may address any pending motions and set the case for trial at Docket Call.

**SIGNED** at Houston, Texas, on this 15th day of February, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE